LEON D. BAYER, Bar No. 89027
BAYER, WISHMAN & LEOTTA
Attorneys at Law
1055 Wilshire Blvd., Suite 1900
Los Angeles, CA 90017
(213) 629-8801 Telephone
(213) 629-8802 Fax
leonbayer@bayerwishman.com

Attorney for Creditor
Jelly, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re

JONATHAN AHRON,

          Debtor.

Case No. 2:18-bk-23799-NB

Chapter 13

REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

(No Hearing Required)

PLEASE TAKE NOTICE THAT JELLY, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), BAYER, WISHMAN & LEOTTA hereby requests that:

(i)      all notices given or required to be give in the case; and

(ii)     all pleadings and correspondence served or required to be served in this case, regarding Jelly, LLC should be directed to BAYER, WISHMAN & LEOTTA at the following mailing address effective immediately:

////

-1-

Leon D. Bayer, Esq.
Bayer, Wishman & Leotta
1055 Wilshire Blvd., Suite 1900
Los Angeles, CA 90017

This request encompasses all notices, copies and pleadings referred to in Rule 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

DATED: 12-11-18

Respectfully submitted,

BAYER, WISHMAN & LEOTTA
Attorneys at Law

By: _____
LEON D. BAYER
Attorney for Creditor
JELLY, INC.